COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Latrice Harris v. Highland Knolls Community Association

Appellate case number:   01-15-00284-CV

Trial court case number:  908487

Trial court:             County Civil Court at Law No. 2 of Harris County

This appeal was stayed pursuant to the Notice of Stay, filed in this Court on April 14, 2015, stating that appellant, Latrice Harris, had filed, on April 6, 2015, a petition for relief under Chapter 13 of Title 11, United States Code, in Case 15-31978, in the United States Bankruptcy Court for the Southern District of Texas. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Appellee, Highland Knolls Community Association, has filed a motion to reinstate the appeal and set new appellate deadlines. Appellee's motion reflects that the bankruptcy case has been dismissed and includes a copy of the bankruptcy court's Order of Dismissal, entered on May 22, 2015. Accordingly, we grant appellee's motion and reinstate the case on the Court's docket. *See* TEX. R. APP. P. 8.3(a).

The trial court clerk is directed to file the clerk's record no later than 30 days from the date of this order. *See* TEX. R. APP. P. 35.3(a).

The court reporter is directed to file the reporter's record no later than 30 days from the date of this order. *See* TEX. R. APP. P. 34.5(a), 35.3(b).

It is so ORDERED.

Judge's signature:     /s/ Terry Jennings
                       ☒  Acting individually

Date:  July 30, 2015